Entered: April 5, 2012
Signed:  April 5, 2012

**SO ORDERED**



DAVID E. RICE
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   11−30308 − DER    Chapter:   7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Clifford E Hoskins Sr. | Hoskins L Janet |
| *debtor has no known aliases* | *debtor has no known aliases* |
| 894 Sumner Court | 894 Sumner Court |
| Westminster, MD 21158 | Westminster, MD 21158 |
| Social Security No.:   xxx−xx−7307 | xxx−xx−5678 |
| Employer's Tax I.D. No.: | |

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor(s) on 10/12/11.

The estate of the above−named debtor(s) has been fully administered.

ORDERED, that Brian A. Goldman is discharged as trustee of the estate of the above−named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**fnldec** − *pneal*

**End of Order**